

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2022

**BY ECF & EMAIL**

The Honorable John P. Cronan
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Khaaliq Harris*, 22-cr-634 (JPC)

Dear Judge Cronan:

    The Government writes on behalf of the parties to respectfully request an adjournment of the arraignment scheduled in the above-captioned case for November 23, 2022 at 10:45 a.m. to a date on or later than December 6, 2022.  This is the parties' first request for an adjournment.  The Government also respectfully moves to exclude time from today until the new arraignment date pursuant to the Speedy Trial Act, Title 18, United States Code, Section 2161.  The requested exclusion of time serves the interest of justice as it will allow the Government to produce discovery, the defendant to review discovery, and the parties to discuss a potential resolution of the case.  The defense consents to this request.  Thank you for your consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:  /s/
    Brandon C. Thompson
    Assistant United States Attorney
    (212) 637-2444

cc: Hannah McCrea, Esq. (by ECF)

The Government's unopposed request is granted. The arraignment, currently scheduled for November 23, 2022, is adjourned to December 6, 2022, at 1:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

The Court will also exclude time until December 6, 2022 under the Speedy Trial Act for the purposes of allowing the defense to review discovery and consider pretrial resolution of the case. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

November 23, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge