**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 13, 2023

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Khaaliq Harris</u>
22 CR 634 (JPC)

Dear Judge Cronan:

On behalf of both parties, I write to respectfully request a two-week adjournment of the status conference currently scheduled in this matter for January 18, 2023. The parties have conferred and are discussing a resolution short of trial. However, we request an additional two weeks to complete those discussions.

In addition, the government seeks, and the defense consents to, the exclusion of time under the Speedy Trial Act to the date of the rescheduled conference, pursuant to 18 U.S.C. § 3161(h)(7). The exclusion of time will permit the parties to complete discussions regarding a pre-trial resolution of this case.

Sincerely,

/s/ Hannah McCrea
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC: AUSA Brandon Thompson

---

The request is granted. The status conference currently scheduled for January 18, 2023 is adjourned to January 31, 2023, at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties shall file a joint status letter as to how the parties intend to proceed at the status conference by January 24, 2023. The Court will exclude time until January 31, 2023 under the Speedy Trial Act for the purposes of allowing the defense to consider pretrial resolution of the case. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

January 16, 2023
New York, New York

JOHN P. CRONAN
United States District Judge