

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2023

**BY ECF & EMAIL**

The Honorable John P. Cronan
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Khaaliq Harris*, 22-cr-634 (JPC)

Dear Judge Cronan:

    The Government writes on behalf of the parties in accordance with the Court's order dated January 17, 2023. ECF No. 13. Based on conversations with the defense, the Government understands that the defendant intends to enter a change of plea. Due to a scheduling conflict, the defense requests that the Court adjourn the conference scheduled for January 31, 2023 at 11:00 a.m. The Government consents to this request. The parties are available Monday, January 30th, as well as Thursday, February 2nd after 2:00 p.m. The defense further requests that sentencing in this matter be adjourned for 45 days. The Government consents to this request. The Government respectfully moves to exclude time from today until the next conference date pursuant to the Speedy Trial Act, Title 18, United States Code, Section 2161. The requested exclusion of time serves the interest of justice as it will allow the Government and the defense to finalize the resolution of the case. The defense consents to this request. Thank you for your consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    */s/ Brandon C. Thompson*

    Brandon C. Thompson
    Assistant United States Attorney
    (212) 637-2444

cc: Hannah McCrea, Esq. (by ECF)

The Court will hold a change of plea hearing on January 30, 2023, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. The Court will set a sentencing date at the hearing in the event that Defendant enters a guilty plea. The status conference currently scheduled for January 31, 2023, is adjourned *sine die*. The Clerk of Court is respectfully directed to close Docket Number 16.

SO ORDERED.

January 25, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge